COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: In the Matter of J.W.W.

Appellate case number: 01-16-00395-CV

Trial court case number: 2015-07198J

Trial court: 313th District Court of Harris County

Appellant, J.W.W., has filed a notice of appeal of the trial court's order to waive jurisdiction. *See* TEX. FAM. CODE ANN. § 54.02 (Vernon 2014), § 56.01(c)(1)(A) (Vernon Supp. 2015); *see also* TEX. R. APP. P. 26.1(b). On July 11, 2016, appellant filed a motion to extend time to file his brief, requesting an extension to September 5, 2016. We grant appellant's motion in part. **Appellant's brief is due to be filed with this Court no later than AUGUST 15, 2016.** *See* TEX. R. APP. P. 38.6(a), (d).

Because this appeal involves an appeal of an order under section 54.02 of the Texas Family Code waiving the juvenile court's exclusive jurisdiction and certifying the juvenile to stand trial as an adult, the Court is required to bring the appeal to final disposition within 180 days of May 13, 2016, the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal, Misc. Docket 15-9156 (Tex. Aug. 28, 2015). **Accordingly, no further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
☑ Acting individually    ☐ Acting for the Court

Date: July 19, 2016